1  SEYFARTH SHAW LLP
   Kathleen Cahill Slaught (SBN 168129)
2  kslaught@seyfarth.com
   Michelle M. Scannell (SBN 267767)
3  mscannell@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California  94105
   Telephone:     (415) 397-2823
5  Facsimile:     (415) 397-8549

6  Attorneys for Defendants
   KAISER PERMANENTE ADMINISTRATIVE
7  COMMITTEE and KAISER PERMANENTE
   RETIREMENT PLAN
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PATRICIA H. MINTZ, an individual, | Case No. 15-CV-1924-HSG |
|---|---|
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON** |
| v. | |
| KAISER FOUNDATION HEALTH PLAN, INC., in its capacity as Plan Administrator and fiduciary of the Kaiser Permanente Salaried Retirement Plan, and KAISER PERMANENTE SALARIED RETIREMENT PLAN, | |
| Defendants. | |

Pursuant to Northern District Civil Local Rules 6-1(b), 6-2, 7-12, and 16-2(e), Plaintiff Patricia H. Mintz ("Plaintiff") and Defendants Kaiser Permanente Administrative Committee, erroneously sued as "Kaiser Foundation Health Plan, Incorporated" and Kaiser Permanente Retirement Plan (the "Plan"), erroneously sued as "Kaiser Permanente Salaried Retirement Plan" (collectively referred to herein as "Defendants") by and through their counsel, stipulate and agree as follows:

//

1  WHEREAS, pursuant to the Court's Scheduling Order, the initial Case Management
2  Conference ("CMC") in this matter is currently scheduled for August 4, 2015 at 2:00 p.m.;
3  WHEREAS, when the CMC was scheduled, lead trial counsel for Defendants had already
4  purchased plane tickets for a vacation and will be out of state on August 4, 2015 and therefore
5  unavailable to attend the CMC as currently scheduled by the Court;
6  WHEREAS, Plaintiff's counsel does not object to a proposed continuance of the CMC;
7  WHEREAS, lead trial counsel for the Parties are available to attend a CMC on August
8  11, 2015 at 2:00 p.m.;
9  WHEREAS, counsel for both Plaintiff and Defendants would like to inform the Court
10  that they are also unavailable the week of August 17th due to vacations with travel arrangements
11  already purchased; and
12  WHEREAS, the Parties previously stipulated to extend the deadline for Defendants to
13  respond to Plaintiff's Complaint.
14  NOW THEREFORE, the Parties respectfully request that the Court continue the initial
15  CMC to August 11, 2015 or thereafter, pursuant to the Court's and counsel's availability.  The
16  Parties agree that this extension will not alter the date of any other event or any other deadline
17  already fixed by Court Order or by this Stipulation, including the CMC Statement due date of
18  July 28, 2015.

DATED:  June 5 , 2015                           Respectfully submitted,

                                                CREITZ & SEREBIN LLP

                                                By:  ___/s/ Joseph A. Creitz_____
                                                      Joseph A. Creitz
                                                Attorneys for Plaintiff
                                                PATRICIA H. MINTZ

| | |
|---|---|
| DATED: June 5, 2015 | SEYFARTH SHAW LLP |
| | By: */s/ Kathleen Cahill Slaught*<br>Kathleen Cahill Slaught<br>Michelle M. Scannell<br>Attorneys for Defendants<br>KAISER PERMANENTE ADMINISTRATIVE COMMITTEE and KAISER PERMANENTE RETIREMENT PLAN |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Kathleen Cahill Slaught*
Kathleen Cahill Slaught

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Case Management Conference is continued to August 11, 2015.

Dated: 6/8/2015                    *Haywood S. Gilliam Jr.*

United States District Judge Haywood Gilliam, Jr.

3

STIPULATED REQUEST TO CONTINUE CMC; [PROPOSED] ORDER THEREON/
CASE NO. 15-CV-1924-HSG