UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA H. MINTZ           ,<br>                    Plaintiff,<br><br>           v.<br><br>KAISER FOUNDATION HEALTH<br>PLAN, INC., et al.                ,<br>                    Defendant(s).<br>_____ / | CASE NO. 15-CV-1924-HSG<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
x    Private ADR (*please identify process and provider*)  The parties have agreed to private mediation, to be provided by Kathy Yanni at JAMS or another mutually agreed upon provider.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

x    other requested deadline   __October 9, 2015____

Dated: July 21, 2015                                             /s/ Lisa S. Serebin_____
                                                                                Attorney for Plaintiff

Dated:  July 21, 2015                                           /s/ Michelle M. Scannell_____
                                                                                Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

## ATTESTATION

    Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained by each of the other signatories.

Dated: July 21, 2015                       /s/ Lisa S. Serebin_____
                                                     Attorney for Plaintiff

## ~~[PROPOSED]~~ ORDER

X     The parties' stipulation is adopted and IT IS SO ORDERED.
         The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 7/22/2015                      _____
                                 Hon. Haywood S. Gilliam, Jr.
                                 UNITED STATES DISTRICT COURT JUDGE