CREITZ & SEREBIN LLP
Joseph A. Creitz, Cal. Bar No. 169552
joe@creitzserebin.com
Lisa Serebin, Cal. Bar No. 146312
lisa@creitzserebin.com
CREITZ & SEREBIN LLP
250 Montgomery Street, Suite 1400
San Francisco, CA 94104
415.466.3090 (tel)
415.513.4475 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA H. MINTZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., in its capacity as Plan Administrator and fiduciary of the Kaiser Permanente Salaried Retirement Plan, and KAISER PERMANENTE SALARIED RETIREMENT PLAN,<br><br>Defendants. | Case No. 15-CV-1924-HSG<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

Pursuant to Northern District Civil Local Rules 6-1(b), 6-2, 7-12, and 16-2(e), Plaintiff Patricia H. Mintz ("Plaintiff") and Defendants Kaiser Permanente Administrative Committee, erroneously sued as "Kaiser Foundation Health Plan, Incorporated" and Kaiser Permanente Retirement Plan (the "Plan"), erroneously sued as "Kaiser Permanente Salaried Retirement Plan" (collectively referred to herein as "Defendants") by and through their counsel, stipulate and agree as follows:

//

WHEREAS, pursuant to the Court's Order dated June 8, 2015, the initial Case Management Conference ("CMC") in this matter is currently scheduled for August 11, 2015 at 2:00 p.m;

WHEREAS, counsel for Plaintiff is unavailable to attend the CMC as currently scheduled by the Court due to scheduling conflicts;

WHEREAS, Defendants' counsel does not object to a proposed continuance of the CMC;

WHEREAS, lead trial counsel for the Parties are available to attend a CMC on September 1, 2015 at 2:00 p.m.;

WHEREAS, the Parties previously stipulated to extend the deadline for Defendants to respond to Plaintiff's Complaint and to Continue the Initial Case Management Conference, but did not continue any other event or deadline previously fixed by the Court, including the CMC statement due date of July 28, 2015.

NOW THEREFORE, the Parties respectfully request that the Court continue the initial CMC to August 25, 2015 or thereafter, pursuant to the Court's and counsel's availability. The Parties agree that this extension will not alter the date of any other event or any other deadline already fixed by Court Order or by this Stipulation, including the CMC Statement due date of July 28, 2015.

DATED:  July 28, 2015                         Respectfully submitted,

                                              CREITZ & SEREBIN LLP

                                              By:  /s/Lisa S. Serebin
                                                   Lisa S. Serebin
                                                   Attorneys for Plaintiff
                                                   PATRICIA H. MINTZ

| | | |
|---|---|---|
| 1 | DATED: July 28, 2015 | SEYFARTH SHAW LLP |

By:   */s/ Michelle M. Scannell*
    Kathleen Cahill Slaught
    Michelle M. Scannell
Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC., and KAISER PERMANENTE SALARIED RETIREMENT PLAN

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

    */s/ Lisa S. Serebin*
    Lisa S. Serebin

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Case Management Conference is continued to September 1, 2015.

Dated: 8/6/2015

U.S. District Judge Haywood S. Gilliam, Jr.