SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN 168129)
E-mail: kslaught@seyfarth.com
Michelle M. Scannell (SBN 267767)
E-mail: mscannell@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendants
KAISER PERMANENTE ADMINISTRATIVE
COMMITTEE and KAISER PERMANENTE
RETIREMENT PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA H. MINTZ, an individual,<br><br>                 Plaintiff,<br><br>        v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., in its capacity as Plan Administrator and fiduciary of the Kaiser Permanente Salaried Retirement Plan, and KAISER PERMANENTE SALARIED RETIREMENT PLAN,<br><br>                 Defendants. | Case No. 15-CV-1924-HSG<br><br>**JOINT NOTICE REGARDING STATUS OF MEDIATION; ORDER**<br><br>Case Filed: May 29, 2015 |

Pursuant to Docket Entry 25, entered on September 2, 2015 in the above-referenced matter, the undersigned hereby notify the Court that the parties were unsuccessful at resolving the matter at the September 16, 2015 mediation, however, the parties' most recent settlement demands are relatively close. Therefore, the parties jointly respectfully ask to be allowed one additional week to determine whether a settlement can be reached.

//

//

---

JOINT NOTICE REGARDING STATUS OF MEDIATION; [PROPOSED] ORDER
CASE NO. 15-CV-1924-HSG

NOW THEREFORE, the Parties respectfully request that the Court order them to provide a further status report no later than September 25, 2015, and if the parties have not reached an agreement by that date, the Court shall proceed with issuing a written scheduling order.

DATED: September 18, 2015            Respectfully submitted,

CREITZ & SEREBIN LLP

By: */s/ Joseph A. Creitz*
Joseph A. Creitz
Lisa S. Serebin
Attorneys for Plaintiff
PATRICIA H. MINTZ

DATED: September 18, 2015            SEYFARTH SHAW LLP

By:   */s/ Michelle M. Scannell*
        Kathleen Cahill Slaught
        Michelle M. Scannell
Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC., and KAISER PERMANENTE SALARIED RETIREMENT PLAN

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

 */s/ Michelle M. Scannell*
Michelle M. Scannell

**ORDER**

The Parties are ordered to file a further status report no later than September 25, 2015. If the Parties have not reached an agreement by that date, the Court shall proceed with issuing a written scheduling order. **IT IS SO ORDERED.**

Dated: September 22, 2015

_____
Haywood S. Gilliam, Jr.
United States District Judge